UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GINA MARTIN | * | CIVIL ACTION NO.  2:24-cv-1645 |
| | * | |
| VERSUS | * | |
| | * | HON. LANCE M. AFRICK |
| MICAH CUNNINGHAM, | * | |
| THOMPSON CARRIERS, INC., | * | |
| AND NATIONAL INTERSTATE | * | MAG. KAREN WELLS ROBY |
| INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## **DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE DAVID J. BARCZYK, D.C.**

**NOW INTO COURT**, through undersigned counsel, come Defendants, National Interstate Insurance Company, Thompson Carriers, Inc., and Micah Cunningham ("Defendants"), which respectfully and timely submit the instant *Motion to Exclude David J. Barczyk, D.C.*, a purported expert who Plaintiff intends to call at trial.

For the reasons set forth more fully in the accompanying *Memorandum in Support* of this *Motion*, David J. Barczyk should be excluded from testifying, and his opinions precluded from reaching the trier of fact. Alternatively, Barczyk's testimony and opinions should be limited as this Honorable Court concludes is appropriate under applicable evidentiary and admissibility standards.

Respectfully submitted,

**PERRIER & LACOSTE LLC**


   */s/ Cory T. Stuart*
**GUY D. PERRIER, Esq. (Bar #20323)**
**CORY T. STUART, Esq. (Bar #33394)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
Email:  cstuart@perrierlacoste.com

**ATTORNEYS FOR DEFENDANTS,
MICAH CUNNINGHAM, THOMPSON
CARRIERS, INC., AND NATIONAL
INTERSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, email, first class postage prepaid, by hand delivery or by facsimile transmission, this 22nd day of April, 2025, at their last known address of record.

   */s/ Cory T. Stuart*
**CORY T. STUART, Esq. (Bar #33394)**